**AFFIDAVIT**

I, United States Postal Inspector Michael Adams, being duly sworn, depose and say the following:

**INTRODUCTION AND AGENT'S BACKGROUND**

1.      I submit this affidavit in support of a criminal complaint and arrest warrant charging Grant WILCOX with Attempted Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2.      As a United States Postal Inspector, I am an investigative law enforcement officer of the United States of America within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, offenses related to the United States Postal Service (hereinafter "USPS") and the mails, as authorized by Title 18, United States Code, Section 3061.

3.      I have been employed by the USPIS for 10 years and assigned to the Cleveland Field Office for each of those 10 years. During this time, I have been assigned to the Contraband Interdiction and Investigations team, which investigates the mailing of illegal drugs and their proceeds  I have been the case agent in multiple investigations leading to convictions in both U.S. District Court and state courts.

4.      From April 2007 to August 2015, I was employed by the Lake County Narcotics Agency (LCNA) as a Special Agent.  As an LCNA Special Agent, I was authorized to conduct investigations into alleged violations of Ohio State Drug Laws; specifically, I was trained and experienced in investigations of drug offenses as defined in Chapter 2925 of the Ohio Revised Code, undercover drug sale operations, and the

1

manufacture of illegal controlled substances. I have applied for and executed numerous state search warrants leading to prosecutions within the state court system.

5. I have received training in the detection and investigation of prohibited mailing offenses during a residential Basic Inspector Training program in Potomac, Maryland. I have also received training in financial investigations as they relate to drug trafficking organizations, money laundering, and asset forfeiture. I have received field training and participated in many aspects of USPIS drug investigations, including but not limited to, parcel interdiction, surveillance, controlled deliveries, execution of search warrants, interview and interrogation, confidential source/cooperating witness debriefing, and interception and analysis of electronic communications. I have written and executed search warrants that have resulted in the seizure of illegal drugs and evidence of drug violations. I am familiar with drug traffickers' methods of operation, especially as they relate to the Postal Service, including the storage, transportation, and distribution of drugs, the transfer and collection of money which represents the proceeds of drug trafficking, and money laundering.

6. Based upon the above experience, I am familiar with the modus operandi of persons involved in illicit distribution of controlled substances as well as the terminology used by persons involved in the illicit distribution of controlled substances. I am aware that persons involved in the illicit distribution of controlled substances routinely attempt to conceal their identities as well as the locations at which drug transactions occur. These people are also known to have vehicles, properties, utilities and other items purchased in the names of others in order to conceal the association of drug activities with financial transactions. I know that individuals engaged in organized drug

2

distribution and sales maintain extensive contact with persons from whom they receive drugs and with whom they distribute these drugs. I also know that individuals engaged in drug trafficking commonly possess and use firearms to protect their illegal drugs and proceeds from customers, competitors, rivals, and would-be robbers.

**PROBABLE CAUSE**

7.      On March 5, 2026, while checking USPS databases, I identified the following parcel inbound to the Northen District of Ohio: USPS Priority Mail Parcel no. 9405 5362 0624 9317 4618 25, addressed to Grant Wilcox, 9858 Green Dr, Windham, OH 44288, bearing a return address of Diesel Esparza, 3626 E L St, Carson City, NV 89701, (herein referred to as Subject Parcel), as a suspected narcotics parcel based on the parcel containing postage that was purchased through a specific third-party postage provider.

8.      I know, based on previous narcotics seizures using identical postage, that this third-party postage provider is commonly used by individuals who mail illegal contraband/narcotics via the U.S. Postal Service. I have previously interdicted parcels paid for using this specific third- party postage provider, and these parcels have always contained illegal narcotics, proceeds, or other contraband (such as counterfeit money or fraudulent identification cards).

9.      On March 6, 2026, the Subject Parcel arrived at the USPS Akron Processing Distribution Center, 675 Wolf Ledges Pkwy, Akron, OH 44309.   On the same day, I took possession of the Subject Parcel and transported said parcel to the USPIS Cleveland Field Office for further investigation.

3

10.     The Subject Parcel is described as a white USPS Priority Mail Flat Rate Envelope weighing approximately 0 pounds, 12.80 ounces and measuring 12.50" X 9.50".  The Subject Parcel was mailed on March 4, 2026, from the City of Industry, CA 91715 Post Office and bore $8.28 in U.S. Postage.

11.     I know from my training and experience that Priority Mail is commonly used to transport controlled substances because the Priority Mail system provides traceability, reliability, and timely delivery. The 1-5-day delivery timeframe of Priority Mail places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

12.     I know from my training and experience that California is a common origination area for controlled substances sent through the U.S. Mail, with the Northern Ohio area being a common destination area for the same.

13.     In furtherance of the investigation, I made inquiries with CLEAR, a database which has proven reliable in determining the legitimacy of name and address information and was able to associate "Grant Wilcox," at 9858 Green Drive, Windham, Ohio in CLEAR.  I was unable to associate "Diesel Esparza," at 3626 E L St, Carson City, NV 89701, in CLEAR. Furthermore, the address "3626 E L St, Carson City, NV 89701," does not exist in the USPS records.

14.     I know based on my training and experience that although individuals who use the U.S. Mail to distribute controlled substances will often use fictitious names on the address label, individuals who purchase their drug parcel postage with cryptocurrency will often place legitimate business addresses and/or business name information as the

4

return address and/or legitimate addresses and name information for the recipient to facilitate delivery.

15.	The Subject Parcel does not require a signature for delivery. Signature waivers are commonly used on drug parcels, so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

16.	The postage for the Subject Parcel was purchased through a third-party postage provider that accepts cryptocurrency as payment. Individuals throughout the United States can purchase postage via cryptocurrency through this third-party postage provider and mail parcels from anywhere in the country.

17.	I know from my training and experience that individuals using the darknet frequently disguise their IP traffic by utilizing a VPN (Virtual Private Network) to prohibit law enforcement from capturing IP information and possibly identifying a target for the investigation.  I also know that through forensic examination of a particular device, investigators can determine whether and when that device utilized a VPN, and may also be able to extract the information sent and received through the VPN.

18.	I know from my training and experience that individuals using the U.S. Mail to distribute controlled substances, who purchase the postage with cryptocurrency, are doing so in attempt to anonymize the mailing of the parcel, since the transaction is more difficult to trace back than a person using a debit or credit card. I know from my training and experience that individuals using cryptocurrency to purchase postage typically mail their parcels at USPS Collection Boxes instead of going into a post office, in order to conceal their identities.

19.     I know based on previous narcotics seizures using the same third-party postage, that this third-party postage provider is commonly used by individuals who mail illegal narcotics via the USPS.  Postal Inspectors in the Northern District of Ohio have interdicted hundreds of parcels containing the same third-party postage, which have resulted in the seizure of contraband, including controlled substances.  Postal Inspectors in the Northern District of Ohio have never interdicted a parcel containing postage paid for through this third-party provider that did not contain contraband.

20.     I conducted postal database searches and identified similar historic parcels containing postage that was purchased through a specific third-party postage provider delivered to 9858 Green Drive, Windham, Ohio, in the past year that is indicative of a recipient at 9858 Green Drive, Windham, Ohio, having received illegal contraband/narcotics via the U.S. Postal Service.  Several recent such parcels were addressed to Grant Wilcox at 9858 Green Drive, Windham, Ohio.

21.     On March 6, 2026, the Subject Parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. Narcotic detection canine "Atilla," handled by Detective Twombly of the Cuyahoga County Sheriff's Office, was allowed to examine the lineup.  According to Detective Twombly, "Atilla" gave a positive alert on the Subject Parcel and did not alert to any of the additional parcels.  I also witnessed the alert.  According to Detective Twombly, the positive alert meant "Atilla" detected the odor of an illegal drug emanating from the Subject Parcel.

22.     Detective Twombly has been state certified as a narcotic's canine handler since 2005, and he and narcotics canine, Atilla, have worked together since June 2022. Detective Twombly and canine Atilla completed 240 hours of a state-certified training

6

program at Excel K-9 Services, Inc., in Hiram, Ohio, under Certified Master Trainer Paul Shaughnessy of the North American Police Work Dog Association (NAPWDA), a nationally organized police work dog association which provides training for dogs and handlers. Detective Twombly and canine Atilla were both certified in May 2025 by the Ohio Peace Officers Training Academy (OPOTA) and the North American Police Work Dog Association (NAPWDA) in May 2025. Canine Atilla has been trained to detect the presence of the odors of the following controlled substances: marijuana, cocaine, heroin, methamphetamine ("crystal meth"), and/or their derivatives.  Prior to handling canine Atilla, Detective Twombly handled canine Ciga for 9 years, and he and canine Ciga completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAAPWDA, a nationally organized police work dog association that provides training for dogs and handlers. Detective Twombly has been trained in how to handle a detector canine and read his alerts.

23.     On March 06, 2026, I applied for and obtained a federal search warrant through the United States District Court for the Northern District of Ohio, to open and search the Subject Parcel.  The warrant was signed by the Honorable Carmen E. Henderson, U.S. Magistrate Judge.  I executed federal search warrant 4:26MJ6066 and found that the Subject Parcel contained approximately 140 grams of suspected orange tablets which field tested positive for methamphetamine.

24.     On the same day, I checked USPS databases and found that 9858 Green Drive, Windham, Ohio, has received approximately 46 suspicious parcels similar to the Subject Parcel since March of 2025.  Such parcels contained postage that was purchased

7

through a specific third-party postage provider and originated from known illegal narcotics source cities/states, including California and Nevada.

25.     Grant Wilcox has a USPS account with informed delivery activated, which automatically sends images and tracking updates to Wilcox's cellular phone and/or email address regarding mail and parcels addressed to 9858 Green Drive, Windham, Ohio.

26.     USPS information showed that the Subject Parcel was tracked approximately 400 times while in transit.  The person(s) tracking the package used one or more VPNs, which I know are commonly used by individuals sending and receiving controlled substances via the U.S. Mail in order to conceal the actual location of the IP address tracking the parcel containing controlled substances.

27.     On March 09, 2026, Portage County Drug Task Force Deputies were contacted by their dispatch regarding Windham Police Department responding to 9858 Green Drive, Windham, Ohio, that morning for a welfare check with Grant Wilcox after Wilcox called law enforcement regarding the theft of his money in an unrelated case.

28.     On March 09, 2026, at approximately 0700 hours, PI Louis was contacted by USPS management at the Windham Post Office 44288 regarding Grant Wilcox. USPS management stated Grant Wilcox came to the post office and knocked at the lobby doors and inquired about his mail.  USPS personnel told Wilcox the mail was not ready for pickup and Wilcox stated he would return after the lobby opened.  I am aware based on information from USPS staff that Wilcox's ordinary mail is routinely delivered to 9858 Green Drive, Windham, Ohio, but that Wilcox regularly comes to the Windham Post Office to pick up parcels that he is expecting.

29.     On March 09, 2026, at approximately 0830 hours, Investigators conducted pre-delivery surveillance on 9858 Green Drive, Windham, Ohio.  Investigators observed a black Chevrolet Colorado registered to Wilcox parked in the driveway.

30.     At approximately 0908 hours, Investigators observed Wilcox exit from the rear of 9858 Green Drive, Windham, Ohio, with his dog and enter the black Chevrolet Colorado.  Minutes later, the vehicle departed from the residence.

31.     At approximately 0911 hours, Wilcox arrived at the Windham Post Office and parked in the lot.  Wilcox exited the vehicle and entered the lobby of the post office.

32.     At approximately 0919 hours, PI Louis, acting in an undercover capacity, scanned and handed the Subject Parcel to Grant Wilcox at the front counter.

33.     At approximately 0919 hours, Wilcox exited the post office with the Subject Parcel in hand and returned to his vehicle. Wilcox departed from the post office parking lot moments later.

34.     At approximately 0922 hours, Wilcox arrived at the Circle K, 9660 E Center Street, Windham, OH 44288.  Wilcox exited his vehicle and entered the store. Moments later, Wilcox exited the store and was seen conducting what appeared to be countersurveillance on traffic on the main street.  Specifically, Wilcox stood outside the door of the Circle K watching traffic before returning to his vehicle.

35.     At approximately 0924 hours, Wilcox returned to his vehicle and departed from the Circle K. Wilcox immediately drove back to the neighborhood of 9858 Green Drive, Windham, Ohio.  Investigators deployed back to the area of 9858 Green Drive, Windham, Ohio, and Wilcox was observed driving in a circuitous manner, which I know based on my training and experience is commonly indicative of drug traffickers trying to

9

check the area for law enforcement presence.  Wilcox drove past his residence at least twice and did not return.

36.    At approximately 0940 hours, Wilcox returned to the Windham Post Office and exited his vehicle with the Subject Parcel.  Wilcox entered the lobby of the post office and placed the Subject Parcel on the counter.  Seconds later, investigators detained Wilcox in the lobby of the post office.  Without questioning by investigators, Wilcox stated, "This package isn't mine and I don't recognize the sender."

37.    Investigators searched Grant Wilcox's person and found his cell phone and ear buds.  Investigators observed a live Ring camera feed on Wilcox's unlocked cell phone, which appeared to show the front of 9858 Green Drive, Windham, Ohio.

## CONCLUSION

38.    Based on the above, there is probable cause to believe that Grant WILCOX has committed the offense of Attempted Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.  I, therefore, request that this Court issue a criminal complaint and arrest warrant for Grant Wilcox.

_____
Michael Adams
Postal Inspector
USPIS

Sworn to via telephone on this 9th day of March 2026 after submission by reliable electronic means.  Fed. R. Crim. P. 3, 4(d), and 4.1

_____
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

10